# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DeLEON, et al.,<br><br>　　　　　Defendants. | Case No. 1:15-cv-00543-SKO (PC)<br><br>**ORDER STRIKING PLAINTIFF'S ANSWER TO DEFENDANTS' ANSWER**<br><br>**(Doc. 30)** |

　　　Plaintiff, Corey Williams, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On October 31, 2017, Defendants filed their Answer to Plaintiff's Second Amended Complaint. (Doc. 27.) On November 16, 2017, Plaintiff filed an answer to Defendants' Answer. (Doc. 30.) Plaintiff does not have a right to file a response/surreply to Defendants' Answer under the Local Rules or the Federal Rules of Civil Procedure. Therefore, Plaintiff's Answer to Defendants' Answer, filed on November 16, 2017, (Doc. 30), is HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

Dated: **November 20, 2017**　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE