UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DeLEON, et al.,<br><br>　　　　Defendants. | No. 1:15-cv-00543-DAD-SKO (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 33) |

Plaintiff Corey Williams, a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 18, 2017, the assigned magistrate judge re-screened plaintiff's second amended complaint, recognizing that a recent Ninth Circuit opinion, *Williams v. King*, 875 F.3d 500 (9th Cir. 2017), held that 28 U.S.C. § 636(c)(1) requires the consent of all named plaintiffs and defendants, even those not served with process, before jurisdiction may vest in a magistrate judge to dispose of a civil case. (Doc. No. 33.) Concurrently, the magistrate judge issued findings and recommendations recommending that the undersigned dismiss the claims previously found to be non-cognizable. (*Id.* at 9.) The parties were provided an opportunity to file objections to the findings and recommendations within fourteen days. No objections were filed and the time for doing so has passed.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued December 18, 2017 (Doc. No. 33) are adopted in full;
2. This action shall continue to proceed on plaintiff's Due Process and Eighth Amendment claims against defendants Young, Perez, DeLeon, and Underwood; and
3. All other claims and defendants are dismissed with prejudice.

IT IS SO ORDERED.

Dated: **February 6, 2018**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE